1  Harold M. Jaffe, Esq. (Calif. State Bar No. 57397)
   **LAW OFFICES OF HAROLD M. JAFFE**
2  3521 Grand Avenue
   Oakland, CA 94610
3  Tel:  (510) 452-2610
   Fax:  (510) 452-9125
4
5  Attorney for Plaintiffs Joyce R. Hellgren, as Executrix of the Estate of Delight F. Robles, Deceased, on Behalf of the Estate of Delight F. Robles and All Others Similarly Situated
6

7              **UNITED STATES DISTRICT COURT**
               **NORTHERN DISTRICT OF CALIFORNIA**
8                  **SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOYCE R. HELLGREN, as Executrix of the Estate of DELIGHT F. ROBLES, Deceased, on Behalf of the Estate of DELIGHT F. ROBLES and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PROVIDENTIAL HOME INCOME PLAN, INC., WILMINGTON SAVINGS FUND SOCIETY, FSB, aka WSFS BANK, and DOES 1 to 20, inclusive,<br><br>Defendants.<br>_____/ | NO. C 06 4728 MHP<br><br>**STIPULATION TO CONTINUE DEFENDANT WSFS' HEARING DATE ON MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>**FROM**<br>**DATE:** October 2, 2006<br>**TIME:** 2:00 p.m.<br>**DEPT:** Courtroom 15<br>**JUDGE:** Hon. Marilyn Hall Patel<br><br>**TO** November 13, 2006   AWB<br>**DATE:** ~~October 30, 2006~~<br>**TIME:** 2:00 p.m.<br>**DEPT:** Courtroom 15<br>**JUDGE:** Hon. Marilyn Hall Patel<br><br>**Action Filed:** June 30, 2006<br>**Action Removed:** August 4, 2006<br>**Trial Date:** None Set |

**WHEREAS,** plaintiffs' counsel has requested of defendant, WILMINGTON SAVINGS FUND SOCIETY, FSB ("WSFS") that the hearing on its motion for judgment on the pleadings set for October 2, 2006, at 2:00 p.m., in Courtroom 15, be continued in observance of Yom Kippur. Plaintiff's counsel and defendant's counsel have agreed on November 13, 2006 [AWB] ~~October 30, 2006~~, as a mutually agreeable date for said continuance.

**THEREFORE, IT IS HEREBY STIPULATED** by and between the parties, through counsel, that the hearing on WSFS motion for judgment on the pleadings currently set for October 2, 2006, at 2:00 p.m., in Courtroom 15, be continued to November 13, 2006 [AWB] ~~October 30, 2006~~, at 2:00

1
STIPULATION CONTINUING HRG DATE OF DEF MT FOR JUDGMENT ON PLEADINGS FR 10/2/06 TO 10/16/06

1  p.m., in Courtroom 15.

4  DATED: September 25, 2006

HAROLD M. JAFFE, ESQ., Attorney for Plaintiffs Joyce R. Hellgren, as Executrix of the Estate of Delight F. Robles, Deceased, on Behalf of the Estate of Delight F. Robles and All Others Similarly Situated

HOWARD, RICE, NEMEROVSKI, CANADY, FALK & RABKIN, APC

10  DATED: September ___, 2006    By: _____

CHRISTOPHER C. WHEELER, ESQ., Attorneys for Defendant WILMINGTON SAVINGS FUND SOCIETY, FSB, aka WSFS BANK

9/28/2006

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2